# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| R.B.,[1] | ) |
| | ) |
|       Plaintiff | ) |
| | ) |
| v. | )    Case No. 5:14-cv-00636-WMA-HGD |
| | ) |
| ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS, et al., | ) |
| | ) |
|       Defendants | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 31, 2015, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 15). Although the plaintiff was notified of his right to file objections, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and hereby is

---

[1] Due to privacy concerns regarding the plaintiff's medical condition(s), the court ordered that this action proceed under the plaintiff's initials. (Doc. 14).

**ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint, as amended, is due to be **DISMISSED** pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

**DATED** this 21st day of September, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE